UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Trinidad-Lopez, Tomas | Docket No. | 0980 2:19CR00178-001 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW   David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tomas Trinidad-Lopez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 8th day of November 2019, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Condition # 18**: Refrain from any use of alcohol.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial release by being charged with committing the offense of third degree malicious mischief with domestic violence on August 31, 2020, in Othello, Washington, under case number 20-O02772.

The defendant was released from detention and placed on pretrial supervision on November 8, 2019. He signed his conditions of release on November 11, 2019, stating he understood he could not commit any offense in violation of federal, state, or local law.

On August 31, 2020, the defendant was arrested and charged with committing the offense of third degree malicious mischief with domestic violence in Othello, Washington. Othello Police Department reports stated the defendant became involved in an argument with his girlfriend after an unidentified male advised the defendant that his girlfriend had slept with another man. The defendant's girlfriend called 911, but after not replying to the dispatcher's questions, she hung up. Officers were dispatched and contacted the defendant at his vehicle after he exited an apartment and walked to the vehicle. As the girlfriend and others exited the same apartment, they advised the girlfriend called 911. Officers were advised the defendant had been drinking and arguing with his girlfriend and grabbed her by the shirt. As she pulled away, due to thinking the defendant was going to hit her, the shirt was torn. Officers spoke with the defendant who admitted to grabbing his girlfriend in an attempt to pull her close. He also noted he had consumed approximately  7 beers prior to officers arriving. The defendant was arrested and taken to the Adams County Jail on the above noted charges.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial release by consuming alcohol on or prior to August 31, 2020.

The defendant was released from detention and placed on pretrial supervision on November 8, 2019. He signed his conditions of release on November 11, 2019, stating he understood he was not to consume alcohol.

As noted above, during contact with the Othello Police Department on August 31, 2020, the offender admitted to consuming approximately 7 beers prior to their arrival.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 1, 2020 |
| by | s/David L. McCary |
|  | David L. McCary<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
September 1, 2020
Date